IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN SIMON,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 2:25-cv-02096-PD |

**APPLICATION FOR ADMISSION *PRO HAC VICE* PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

**I.   APPLICANT'S STATEMENT**

I, Soo Yeon Kim, the undersigned, am an attorney who is not currently admitted to either the bar of this Court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b).  I have paid the $75.00 admission fee with this filing.

A.   I state that I am currently admitted to practice in the following state jurisdictions:

The State of New York, Attorney ID # 4078770, admitted on September 24, 2002.

The State of New Jersey, Attorney ID # 432882023, admitted on June 29, 2023.

B.   I state that I am admitted to practice in the following federal jurisdictions:

United States Court of Appeals for the Second Circuit.

United States District Court for the Eastern, Southern, and Western District of New York.

United States Bankruptcy Court for the Southern District of New York.

C.  I state that I am at present a member of the aforesaid bars in good standing, and that I will conduct myself as an attorney of this Court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for The Lincoln National Life Insurance Company.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: June 3, 2025.

/s/ Soo Yeon Kim
Soo Yeon Kim, Esq.
**MAYNARD NEXSEN PC**
551 Fifth Avenue
The Fred F. French Building, Suite 1600
New York, NY 10176
Tel: (646) 609-9280
skim@maynardnexsen.com

II.  **SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE**

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania moves for admission of Soo Yeon Kim to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Nicolas T. Burnosky
Nicolas T. Burnosky, Esquire
**MAYNARD NEXSEN PC**
200 E. New England Avenue, Suite 300
Winter Park, Florida 32789
Tel: (407) 647-2777
Fax: (407) 647-2157
nburnosky@maynardnexsen.com
*Attorneys for Defendant*